1060

[No. 57172-9-I. Division One. June 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL MURRAY TOBEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09112-4, William L. Downing, J., entered November 1, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Cox, JJ.

[No. 57326-8-I. Division One. June 4, 2007.]

CLEAR CHANNEL OUTDOOR, INC., *Appellant*, v. SCHREM PARTNERSHIP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-08970-9, George T. Mattson, J., entered December 12, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 57432-9-I. Division One. June 4, 2007.]

LAKELAND ESTATES, LLC, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-08396-4, George T. Mattson, J., entered December 15, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Cox, J.; Agid, J., concurring separately.

[No. 57584-8-I. Division One. June 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ABDUL GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06083-4, Bruce W. Hilyer, J., entered December 30, 2005. *Affirmed* by unpublished per curiam opinion.